William D. Wallach
Richard Hernandez
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102

Joseph Goldberg
Joel M. Wolosky
**HODGSON RUSS LLP**
230 Park Avenue
17th Floor
New York, New York  10169
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATHFINDER MANAGEMENT, INC., and RADIANT TECHNOLOGIES, INC.,<br>Plaintiffs,<br>v.<br>MAYNE PHARMA PTY, an Australian Corporation; SYMBION HEALTH, LTD., an Australian Corporation (formerly known as MAYNE GROUP LTD, an Australian Corporation); MAYNE PHARMA (USA) INC., a Delaware Corporation; FAULDING CONSUMER HOLDINGS, INC., a Delaware Corporation; SYMBION PHARMACY SERVICE PTY, LTD, an Australian Corporation; FAULDING HEALTH-CARE INTERNATIONAL HOLDINGS, INC., a Delaware Corporation; FAULDING HEALTHCARE US HOLDINGS, INC., a Delaware Corporation; ABC CORPORATIONS 1 THROUGH 10 (as fictitious entities); STUART HINCHEN, individually; JOHN WINNING, individually; ANDREW VIDLER, individually; FRANK SCANLAN, individually, and JOHN DOE DEFENDANTS 1 through 10 (as fictitious persons),<br>Defendants. | Civil Action No.:  06-2204 (WJM)<br><br>**NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Return Date: January 8, 2007 |

TO:   KEVIN M. KILCOMMONS, ESQ.
      Kilcommons, Shanahan, LLC
      1322 Route 31 North
      Annandale, NJ 08801
      kevin@ksmcounsel.com
      Telephone: (908) 713-1862
      Facsimile: (908) 713-9717

      Attorneys for Plaintiffs Pathfinder
      Management, Inc. and Radiant
      Technologies, Inc.

**PLEASE TAKE NOTICE** that Defendants Mayne Pharma Pty, Symbion Health, Ltd., Mayne Pharma (USA) Inc., Faulding Consumer Holdings, Inc., Symbion Pharmacy Service Pty, Ltd., Faulding Health-Care International Holdings, Inc., Faulding Healthcare US Holdings, Inc., Stuart Hinchen, John Winning, Andrew Vidler, and Frank Scanlan (collectively "Defendants") will apply to this Court at the Martin Luther King, Jr. Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey, on January 8, 2007 at 9 a.m., before the Honorable William J. Martini, for an Order, pursuant to Rules 9(b), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Amended Complaint in this action.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants will rely upon the attached Memorandum of Law, Declaration of Richard Hernandez with attached exhibit, Declaration of Frank Scanlan, Declaration of John Winning, Declaration of Andrew Vidler, and Declaration of Simon Loftus.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is enclosed.

|  | Respectfully Submitted, |
|---|---|
| Dated: December 8, 2006 | s/ William D. Wallach<br>William D. Wallach<br>McCARTER & ENGLISH LLP<br>100 Mulberry Street<br>P.O. Box 652<br>Newark, NJ 07101-0652<br>(973) 622-4444<br><br>Joseph Goldberg<br>Joel M. Wolosky<br>HODGSON RUSS LLP<br>230 Park Avenue<br>17th Floor<br>New York, New York  10169<br>(212) 751-4300 |