UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

PATHFINDER MANAGEMENT, INC.

    Plaintiff,

v.

MAYNE PHARMA PTY, SYMBION
HEALTH, LTD., MAYNE GROUP LTD,
MAYNE PHARMA (USA) INC., FAULDING
CONSUMER HOLDINGS, INC., SYMBION
PHARMACY SERVICE PTY, LTD,
FAULDING HEALTH-CARE
INTERNATIONAL HOLDINGS, INC.,
FAULDING HEALTHCARE US
HOLDINGS, INC., ABC CORPS. 1-10,
STUART HINCHEN, JOHN DOE
DEFENDANTS 1-10,

    Defendants.

06-CV-2204 (WJM)

ORDER

HON. WILLIAM J. MARTINI

---

**THIS MATTER** comes before the Court upon Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint; and for the reasons stated in the accompanying Letter Opinion of the same date; and for good cause shown,

**IT IS** on this 5th day of August, 2008, hereby,

**ORDERED** that Defendants Symbion Health, Ltd., Symbion Pharmacy Services PTY, Ltd., Mayne Pharma PTY, Faulding Healthcare International Holdings, Inc., and Faulding Healthcare US Holdings, Inc.'s motion to dismiss is granted; and it is

**FURTHER ORDERED** that Defendants Symbion Health, Ltd., Symbion Pharmacy Services PTY, Ltd., Mayne Pharma PTY, Faulding Healthcare International Holdings, Inc., and Faulding Healthcare US Holdings, Inc. be dismissed from Plaintiff's

Second Amended Complaint; and it is

**FURTHER ORDERED** that Defendants' motion to dismiss Counts One, Two, Three, Four, Five, Six, Seven, and Eight is granted; and it is

**FURTHER ORDERED** that Count Two of Plaintiff's Second Amended Complaint shall be dismissed; and it is

**FURTHER ORDERED** that Defendants' motion is denied to the extent that Defendants seek to deny Plaintiff's request for leave to file a third amended complaint; and it is

**FURTHER ORDERED** that Plaintiff shall be granted leave to narrowly amend the Second Amended Complaint within fifteen (15) days of this Order as specified in the Letter Opinion or be subject to dismissal.

s/William J. Martini
**William J. Martini, U.S.D.J.**

2